

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00583-CV

**IN THE INTEREST OF I.J.S., ET AL., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01574
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed a final appealable order on August 5, 2019. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed by August 26, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by September 9, 2019. *See* TEX. R. APP. P. 26.3.

Appellant filed her notice of appeal on August 27, 2019. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, appellant is ORDERED to show cause in writing **on or before September 23, 2019** why this appeal should not be dismissed for lack of jurisdiction. *See id*. All other appellate deadlines are suspended pending our resolution of the jurisdictional issue.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court